UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
US DIST COURT
MIDDLE DIST OF LA

2007 DEC -5 P 2: 30

SIGN_____
BY DEPUTY CLERK

CHASE HOME FINANCE LLC

VERSUS                                          CIVIL ACTION NO.: 07-837-A

THE STANDARD FIRE
INSURANCE COMPANY

## RULING ON MOTION TO TRANSFER VENUE

This matter is before the court on the motion of defendant, The Standard Fire Insurance Company (doc. 2) to transfer this action to the United States District Court for the Eastern District of Louisiana on the grounds that this is an action for recovery of damages to property caused by Hurricane Katrina, that all the property involved is located within that district and that many other actions involving similar claims are pending in that district. Time for filing a response to the motion has expired and plaintiff has made no response.

Accordingly, the motion (doc. 2) on behalf of defendant is hereby **GRANTED** and this action is hereby transferred to the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, December 5, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA


EDLA